HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SONIA JOSEPH, individually and as Special Administrator of the ESTATE OF GIOVONN JOSEPH-McDADE, and GIOVANNI McDADE, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF KENT, a Washington municipality; CITY OF KENT POLICE DEPARTMENT; WILLIAM DAVIS; MATTHEW RAUSCH; and JOHN DOES 1-10,<br><br>Defendants. | No. 2:20-cv-00771-BJR<br><br>DECLARATION OF KAITLIN T. WRIGHT IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

I, Kaitlin T. Wright, declare as follows:

1. I am an attorney at the law firm of Schroeter, Goldmark, & Bender, and counsel for Plaintiffs in the above-referenced action. I make this statement to identify and authenticate the exhibits submitted in support of Plaintiffs' Response to Defendants' Motion for Summary Judgment.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiffs' First Set of Requests for Admissions to Defendants and Responses Thereto;

DECLARATION OF KAITLIN T. WRIGHT - 1
(Case No. 2:20-cv-00771-BJR)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

3.  Attached hereto as **Exhibit 2** is a true and correct copy of the Kent Police Department Report of Officer Thompson, JJ, dated 1/3/16, Supp. No. 0002;

4.  Attached hereto as **Exhibit 3** is a true and correct copy of the Compelled Statement of Matthew Rausch at Joseph-McDade;

5.  Attached hereto as **Exhibit 4** is a true and correct copy of the Des Moines Police Department Follow Up Continuation, Officer Reporting: F. Gendreau, July 21, 2017;

6.  Attached hereto as **Exhibit 5** is a true and correct copy of Affidavit of Bianca Fashaw;

7.  Attached hereto as **Exhibit 6** is a true and correct copy of the Fee Billing Records of Keating, Bucklin & McCormack, Inc., P.S.;

8.  Attached hereto as **Exhibit 7** is a true and correct copy of the Photograph of the ARCO AM/PM gas station when the decedent was initially observed by Officer Rausch;

9.  Attached hereto as **Exhibit 8** is a true and correct copy of the CAD Transcript: Detailed History for Police Incident #KP170044526 as of 07/12/2017;

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the Transcript of Inquest Proceedings, Vol. II, Dec. 12, 2017;

11. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from the City of Kent Police Department Annual Report 2017;

12. Attached hereto as **Exhibit 11** is a true and correct copy of the Compelled Statement of William Davis;

13. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of the Statement of AnnaMaria K. Decker;

DECLARATION OF KAITLIN T. WRIGHT - 2
(Case No. 2:20-cv-00771-BJR)

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

14. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from the Transcript of Inquest Proceedings, Vol. III, Dec. 13, 2017;

15. Attached hereto as **Exhibit 14** is a true and correct copy of a map of the pursuit route;

16. Attached hereto as **Exhibit 15** is a true and correct the Kent PD Policy #15.50 "Motor Vehicle Pursuits";

17. Attached hereto as **Exhibit 16** is a true and correct photograph depicting Giovonn McDade's vehicle after impact;

18. Attached hereto as **Exhibit 17** is a true and correct copy of video clips of Kent Police Department Reenactment Video with Devonte Cheeks at 6:59, 7:19, 14:43, 8:22, and 12:04. submitted to the Court via email "sharefile";

19. Attached hereto as **Exhibit 18** is a true and correct copy of excerpts from the Transcript of Inquest Proceedings, Vol. I, Dec. 11, 2017;

20. Attached hereto as **Exhibit 19** is a true and correct copy of a photograph of Officer Rausch's patrol vehicle with detached push bar;

21. Attached hereto as **Exhibit 20** is a true and correct copy of the Autopsy Report, King County Medical Examiner, Dr. Timothy Williams;

22. Attached hereto as **Exhibit 21** is a true and correct copy of the Kent PD Policy #15.130 "Forcible Stopping";

23. Attached hereto as **Exhibit 22** is a true and correct copy of the Kent PD Policy #3.10 (revised October 2, 2014);

24. Attached hereto as **Exhibit 23** is a true and correct copy of the Kent PD Policy #3.80 (revised March 8, 2017);

DECLARATION OF KAITLIN T. WRIGHT - 3
(Case No. 2:20-cv-00771-BJR)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

25. Attached hereto as **Exhibit 25** is a true and correct copy of the Kent Police Department Use of Force Report – Incident #17-380.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 12th day of November, at Seattle, Washington.

SCHROETER, GOLDMARK & BENDER

By: *s/ Kaitlin Wright*
KAITLIN T. WRIGHT, WSBA #45241
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
Email: wright@sgb-law.com

*Counsel for Plaintiffs*

DECLARATION OF KAITLIN T. WRIGHT - 4
(Case No. 2:20-cv-00771-BJR)

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and submitted courtesy copies via email to the following:

Stewart A. Estes, WSBA #15535
Derek C. Chen, WSBA #49723
KEATING, BUCKLIN & MCCORMACK
The Norton Building
801 Second Avenue, Suite 1210
Seattle, WA 98104
Phone: 206.623.8861
Fax: 206.223.9423
Email:  sestes@kbmlawyers.com
         dchen@kbmlawyers.com

☐ Via Facsimile
☒ Via First Class Mail
☐ Via Messenger
☒ Via Email
☐ Via Process Service

*Counsel for Defendants City of Kent, City of Kent Police Department, William Davis, and Matthew Rausch*

DATED this 12th day of November, 2020, at Seattle, Washington

*s/ Matthew Gonyea*
Matthew Gonyea,
Senior Litigation Paralegal
810 Third Avenue, Suite 500
Seattle, WA  98104
Tel: (206) 622-8000
Email: gonyea@sgb-law.com

DECLARATION OF KAITLIN T. WRIGHT - 5
(Case No. 2:20-cv-00771-BJR)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305