HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SONIA JOSEPH, individually and as Special Administrator of the ESTATE OF GIOVONN JOSEPH-MCDADE, and GIOVANNI MCDADE, individually,<br><br>Plaintiffs,<br>v.<br><br>CITY OF KENT, a Washington Municipality; CITY OF KENT POLICE DEPARTMENT; WILLIAM DAVIS; MATTHEW RAUSCH; and JOHN DOES 1-10<br><br>Defendants. | Case No. 2:20-cv-00771-BJR<br><br>PRAECIPE TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DKT. NO. 27) |

Defendants relied in seeking summary judgment on the compelled (*Garrity*) statements of Officers William Davis and Matthew Rausch—*see* Dkt. No. 22 (Decl. of William Davis in Supp. of Def.'s Mot. for Summ. J., attaching compelled statement) *and* Dkt. No. 23 (Decl. of Matthew Rausch in Supp. of Def.'s Mot. for Summ. J., attaching compelled statement). The Defendant Officers have also testified from those same statements, in the singular final form in which they have been presented to Plaintiffs in discovery.[1] However, it has come to light during the recently-conducted discovery depositions of Mr. Davis and Mr. Rausch that there were earlier draft versions of those statements and notes authored by the Officers—independently and

---

[1] *See* Wright Decl., Ex. 1-2, Excerpts of the Deposition Testimony of William Davis and Matthew Rausch.

DECLARATION OF KAITLIN T. WRIGHT - 1
(No. 2:20-cv-00771-BJR)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

distinct from communication with, or influence of, defense counsel—which were prepared closer in time to the June 24, 2017, incident at issue in this case.[2]

Plaintiffs consequently present this Praecipe pursuant to Local Rules W.D. Wash. LCR 7(m) to supplement the summary judgment record with portions of the deposition testimony of Defendant Officers William Davis and Matthew Rausch, taken on December 10 and 16, 2020, respectively. At the time Plaintiffs filed their Response to Defendants' Motion for Summary Judgment, Dkt. No. 27, the depositions of Officers Davis and Rausch had not yet been conducted and, consequently, transcripts of their deposition testimony was not available for submission to the Court.

Prior to filing the instant Praecipe, Plaintiffs certify that counsel conferred telephonically regarding Plaintiffs' intention to supplement the summary judgment record with the deposition testimony of Mr. Davis and Mr. Rausch pertaining to the destruction and withholding of evidence, specifically, notes and drafts of the Officers' compelled statements.[3]

DATED this 22nd day of December 2020, at Seattle, Washington.

SCHROETER, GOLDMARK & BENDER

By: *s/ Craig A. Sims*
CRAIG A. SIMS, WSBA #28267
KAITLIN T. WRIGHT, WSBA #45241
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
Email: sims@sgb-law.com
           wright@sgb-law.com

---

[2] *Id.*, Ex. 1, Excerpts of the Dep. William Davis, Dec. 10, 2020, at 82:2-84:7, 85:14-86:2, 86:5-1, 87:1-88:10; Ex. 2, Excerpts of the Dep. Matthew Rausch, Dec. 16, 2020, at 136:21-138:20, 139:18-25, 140:9-12, 193:21-194:21, 195:14-197:21, 198:19-199:15, 199:24-200:19.

[3] *Id.*, Ex. 3, Letter dated Dec. 21, 2020, to defense counsel, Mr. Chen and Mr. Estes, from Plaintiffs' counsel Mr. Sims and Ms. Wright.

DECLARATION OF KAITLIN T. WRIGHT - 2
(No. 2:20-cv-00771-BJR)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

P. BOSMANS LAW

By: *s/ Patricia Bosmans*
    PATRICIA BOSMANS, WSBA #9148
    1607 25th Street Pl SE
    Puyallup, WA  98372-7112
    Phone:  (253) 230-4737
    Fax:  (888) 235-6120
    Email:  PBosmans_Law@outlook.com

*Counsel for Plaintiffs*

DECLARATION OF KAITLIN T. WRIGHT - 3
(No. 2:20-cv-00771-BJR)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and submitted courtesy copies via email to the following:

| | |
|---|---|
| Stewart A. Estes, WSBA #15535<br>Derek C. Chen, WSBA #49723<br>KEATING, BUCKLIN & MCCORMACK<br>The Norton Building<br>801 Second Avenue, Suite 1210<br>Seattle, WA 98104<br>Phone: 206.623.8861<br>Fax: 206.223.9423<br>Email:  sestes@kbmlawyers.com<br>            dchen@kbmlawyers.com | ☐ Via Facsimile<br>☑ Via First Class Mail<br>☐ Via Messenger<br>☑ Via Email<br>☐ Via Process Service |

*Counsel for Defendants City of Kent, City of Kent Police Department, William Davis, and Matthew Rausch*

DATED this 12th day of November, 2020, at Seattle, Washington

*s/ Matthew Gonyea*
Matthew Gonyea,
Senior Litigation Paralegal
810 Third Avenue, Suite 500
Seattle, WA  98104
Tel: (206) 622-8000
Email: gonyea@sgb-law.com

DECLARATION OF KAITLIN T. WRIGHT - 4
(No. 2:20-cv-00771-BJR)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305