HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SONIA JOSEPH, individually and as Special Administrator of the ESTATE OF GIOVONN JOSEPH-McDADE, and GIOVANNI McDADE, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF KENT, a Washington municipality; CITY OF KENT POLICE DEPARTMENT; WILLIAM DAVIS; MATTHEW RAUSCH; and JOHN DOES 1-10,<br><br>Defendants. | NO. 2:20-cv-00771-BJR<br><br>ORDER DISMISSING PLAINTIFF GIOVANNI MCDADE, INDIVIDUALLY, & DEFENDANTS JOHN DOES 1 - 10 |

## **ORDER OF STIPULATED VOLUNTARY DISMISSAL**

THIS MATTER having come before the Court by way of Fed. R. Civ. P. 41(a)(1)(A)(ii) Stipulation to Voluntarily Dismiss Plaintiff Giovanni McDade and Defendants JOHN DOES 1 - 10, and without costs and/or attorney fees as to any party, and the Court being fully advised, and therefore it is hereby:

**ORDERED** that all claims brought by Plaintiff, Giovanni McDade, individually, against all Defendants are dismissed WITHOUT prejudice and without costs or attorney fees to any party, and reserving the rights of Plaintiff Sonia Joseph, individually and Special Administrator of the Estate of Giovonn Joseph-McDade, against all other parties. It is further

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**ORDERED** that all claims brought against Defendants John Does No. 1 – 10 are dismissed WITHOUT prejudice and without costs or attorney fees to any party, and reserving the remaining Plaintiff's rights against all other parties.

DATED this 22nd day of January, 2021.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge