HONORABLE BARBARA J. ROTHSTEIN
Trial Date:  8/9/2021

UNITED STATES DISTRICT COURT
DISTRICT OF WASHINGTON
AT SEATTLE

SONIA JOSEPH, individually and as
Special Administrator of the ESTATE OF
GIOVONN JOSEPH-McDADE,

                    Plaintiffs,

    v.

CITY OF KENT, a Washington
municipality; WILLIAM DAVIS; and
MATTHEW RAUSCH;

                    Defendants.

NO.  2:20-cv-00771-BJR

ORDER RE: CROSS-MOTIONS FOR
RECONSIDERATION

THIS MATTER having come before the Court by way of cross-motions for reconsideration *(Dkt. No. 64 & 66)* of the *Order Granting in Part and Denying in Part Motion for Summary Judgment (Dkt. No. 61)*, and the *Joint Statement Re: Cross-Motions for Reconsideration* (*Dkt. No. 69*), it is hereby:

**ORDERED** that footnote 4 at page 6 of Dkt. No. 61 be amended to the following:

Plaintiffs voluntarily dismissed Giovanni McDade's claims as well as the claims against Defendants John Does 1-10. *See* Dkt. No. 51. It appears that Plaintiffs are no longer pursuing claims against the Kent Police Department, nor are Plaintiffs pursuing the Fourteenth Amendment or failure to intervene claims. *See* Dkt. No. 27 at n.88.

**ORDERED** the following claims be dismissed: Plaintiffs' claims (1) against the "Kent Police Department;" (2) for injunctive relief; (3) for Fourth Amendment violations only as asserted by Sonia Joseph and Giovonn McDade individually (reserving Plaintiff

Sonia Joseph's Fourth Amendment claim asserted in her representative capacity on behalf of the Estate of Giovonn Joseph-McDade); and (4) for Fourteenth Amendment violations.

Dated this 9th day of March 2021.

Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

SCHROETER, GOLDMARK & BENDER

*s//Craig A. Sims*
CRAIG A. SIMS, WSBA #28267
KAITLIN T. WRIGHT, WSBA # 45241
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA  98104
Phone:  (206) 622-8000
Fax:  (206) 682-2305
Email: csims@sgb-law.com
            wright@sgb-law.com
*Counsel for Plaintiffs*

KEATING BUCKLIN & MCCORMACK, INC., P.S.

By:  */s/ Stewart A. Estes*
STEWART ESTES, WSBA #15535
801 2nd Ave #1210
Seattle, WA 98104
sestes@kbmlawyers.com
Phone:  (206) 623-8861
Fax.:  (206) 223-9423
*Counsel for Defendants City of Kent,*
*William Davis, and Matthew Rausch*

P. BOSMANS LAW

By: *s/ Patricia Bosmans*
PATRICIA BOSMANS, WSBA #9148
1607 25th Street Pl SE
Puyallup, WA  98372-7112
Phone:  (253) 230-4737
Fax:  (888) 235-6120

Email:  PBosmans_Law@outlook.com
*Counsel for Plaintiffs*