THE HONORABLE BARBARA J. ROTHSTEIN
Trial Date: August 9, 2021

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SONIA JOSEPH, individually and as Special Administrator of the ESTATE OF GIOVONN JOSEPH-McDADE,<br><br>                 Plaintiff,<br><br>v.<br><br>CITY OF KENT, a Washington municipality; WILLIAM DAVIS; and MATTHEW RAUSCH,<br><br>                 Defendants. | No. 2:20-cv-00771-BJR<br><br>STIPULATION FOR AND ORDER OF DISMISSAL OF WILLIAM DAVIS AND MATTHEW RAUSCH<br><br>[*CLERK'S ACTION REQUIRED*] |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SONIA JOSEPH, individually and as Special Administrator of the ESTATE OF GIOVONN JOSEPH-McDADE, and Defendants WILLIAM DAVIS; and MATTHEW RAUSCH; that all of Plaintiff's claims against Defendant William Davis and Defendant Matthew Rausch may be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

STIPULATION FOR AND ORDER OF DISMISSAL OF
WILLIAM DAVIS AND MATTHEW RAUSCH - 1
2:20-cv-00771-BJR

1036-00020/210415 Stipulation and Order of Dismissal of Individual Defendants_Rausch and Davis.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

Dated:  April 15, 2021          KEATING, BUCKLIN & McCORMACK, INC., P.S.


s/Stewart A. Estes
Stewart A. Estes, WSBA #15535
Derek C. Chen, WSBA No. 49723
*Attorneys for Defendants*


Dated:  April 15, 2021          SCHROETER, GOLDMARK & BENDER


s/Craig A. Sims
Craig A. Sims, WSBA # 28267
Kaitlin T. Wright, WSBA #45241
*Attorneys for Plaintiff*

STIPULATION FOR AND ORDER OF DISMISSAL OF
WILLIAM DAVIS AND MATTHEW RAUSCH - 2
2:20-cv-00771-BJR

1036-00020/210415 Stipulation and Order of Dismissal of Individual
Defendants_Rausch and Davis.docx

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

## ORDER OF DISMISSAL

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that Plaintiff's claims against Defendants Matthew Rausch and William Davis are dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED this 15th day of April, 2021.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION FOR AND ORDER OF DISMISSAL OF
WILLIAM DAVIS AND MATTHEW RAUSCH - 3
2:20-cv-00771-BJR
1036-00020/210415 Stipulation and Order of Dismissal of Individual
Defendants_Rausch and Davis.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423