THE HONORABLE BARBARA J. ROTHSTEIN
Trial Date: August 9, 2021

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SONIA JOSEPH, individually and as Special Administrator of the ESTATE OF GIOVONN JOSEPH-McDADE,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF KENT, a Washington municipality; WILLIAM DAVIS; and MATTHEW RAUSCH;<br><br>Defendants. | No. 2:20-cv-00771-BJR<br><br>STIPULATION FOR AND ORDER OF DISMISSAL OF DEFENDANT CITY OF KENT<br><br>[*CLERK'S ACTION REQUIRED*] |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SONIA JOSEPH, individually and as Special Administrator of the ESTATE OF GIOVONN JOSEPH-McDADE, and Defendant CITY OF KENT, a Washington municipality, that all of Plaintiffs' claims against Defendant City of Kent may be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

Dated: June 4, 2021         KEATING, BUCKLIN & McCORMACK, INC., P.S.


*/s/ Stewart A. Estes*
Stewart A. Estes, WSBA #15535
Derek C. Chen, WSBA No. 49723
*Attorneys for Defendants*


Dated: April 16, 2021        SCHROETER, GOLDMARK & BENDER


s/Craig A. Sims
Craig A. Sims, WSBA # 28267
Kaitlin T. Wright, WSBA #45241
*Attorneys for Plaintiffs*

**ORDER OF DISMISSAL**

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that Plaintiff's claims against Defendant City of Kent are dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED this 10th day of June, 2021.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge